**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 3 Fonteinen NV<br>Molenstraat 47, 1651 Lot, BELGIUM | Werner Van Obberghen<br>+32 471 96 00 87<br>info@3fonteinen.be | | | | | $647,178.19 |
| 2 | Grimm Artisanal Ales<br>990 Metropolitan Ave<br>Brooklyn NY 11211 | Lauren Grimm<br>+1 678 895 1489<br>lauren@grimmales.com | | | | | $119,969.50 |
| 3 | Anchorage Brewing Co.<br>148 W 91st Ave<br>Anchorage, AK 99515-1901 | Gabe Fletcher<br>+1 907 360 5104<br>anchoragebrewing@gmail.com | | | | | $54,181.00 |
| 4 | Beer Counter Ltd.<br>6 Chapel Close, South Stoke<br>Reading, RG8 0JW<br>UNITED KINGDOM | Peter Scholey<br>+44 7899 885337<br>peter.scholey@beercounter.co.uk | | | | | $54,080.00 |
| 5 | Frederiksdal Kirsebærvin A/S<br>Frederiksdalsvej 30, DK - 4912<br>Harpelunde, DENMARK | Harald Krabbe<br>+45 2061 3041<br>hk@frederiksdal.com | | | | | $52,360.79 |
| 6 | To Ol ApS<br>Slotsgade 2, 1st Floor, 2200<br>Copenhagen N, DENMARK | Tore Gynther<br>+45 888 76 888<br>tore@to-ol.dk | | | | | $50,000.00 |
| 7 | Brasserie de la Senne BVBA<br>Gensesteenweg 565 1080 St.<br>Jans-Molenbeek, BELGIUM | Yvan de Baets<br>+32 49 85 41 153<br>yvan@brasseriedelasenne.be | | | | | $47,979.04 |
| 8 | Peckham's Ltd<br>127 Neudorf Road, RD2<br>Upper Moutere 7175 NEW ZEALAND | Caroline Peckham<br>+64 03 543 2959<br>accounts@peckhams.co.nz | | | | | $46,355.69 |

Debtor _____  Case number (*if known*)_____
             Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Microbrasserie Dieu du Ciel 259 Rue De Villemure, Saint-Jérôme CANADA J7Z 5J4 | JF Gravel +1 450 436 3438 info@dieuduciel.com | | | | | $43,771.08 |
| 10 | Kulmbacher Braurei AG Lichtenfelser Straße 9, 95326 Kulmbach, Germany | Thomas Woelfel +49 9221 7050 thomas.woelfel@kulmbacher.de | | | | | $42,166.02 |
| 11 | Northern United Brewing Co. 2319 Bishop Circle East Dexter MI 48130 | Vania McAllister +1 734 792 9102 vania.mcallister@nubco.net | | | | | $40,340.08 |
| 12 | Põhjala Brewing AS Peetri 5, 10415 Tallinn, Estonia | Kristi Hagel +372 511 8043 kristi@pohjalabeer.com | | | | | $39,399.34 |
| 13 | Tampa Bay Brewing Co. 13937 Monroes Business Park Tampa FL 33635 | David Doble +1 813 247 1422 billing@tbbc.beer | | | | | $33,546.95 |
| 14 | Bellwoods Brewery Inc 124 Ossington Ave Toronto ON M6J 2Z5, CANADA | Joey Seaman +1 416 535 4586 joey@bellwoodsbrewery.com | | | | | $33,436.98 |
| 15 | Herfurth Logistics NV Cassiersstraat 19 2060 Antwerpen, Belgium | Paul Huybrechts +32 3 221 28 00 paul.huybrechts@sdsbo.com | | | | | $32,366.11 |
| 16 | Dynamic Recycling 220 N Industrial Drive Bristol TN 37620 | Jim Cnockaert +1 423 845 4338 jimc@mxiinc.com | | | | | $32,346.30 |
| 17 | Green Bench Brewing 1133 Baum Ave. North St. Petersburg, FL 33705 | Nathan Stonecipher +1 727 214 4863 nathan@greenbenchbrewing.com | | | | | $31,349.70 |
| 18 | Mjodhamnen AB Industrivagen 7 71230 Hallefors, SWEDEN | Unknown +46 070 5447 403 info@mjodhamnen.se | | | | | $28,065.60 |
| 19 | Proforma/Albrecht & Co. PO Box 640814 Cincinnati OH 45264-0814 | Carl Albrecht +1 513 576 9900 carl@albrechtco.com | | | | | $25,171.40 |
| 20 | Compañia Cervecera Hercules SA de CV Bosques de Alisos 47 A-22 Col. Bosques de las Lomas Cd. México, CP 05120, México | Josh Brengle +52 155 4037 6072 joshb@cervecerahercules.mx | | | | | $21,583.08 |